1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
JEAN M. TURK CASBN 131517
4 Special Assistant United States Attorney
333 Market Street, Suite 1500
5 San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
6 E-Mail: jean.turk@ssa.gov

7 Attorneys for Defendant

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 RALPJ A. GONZALEZ                    )  2:11-cv-7383 JCG
                                       )
         Plaintiff,                    )
12                                     )  **JUDGMENT OF REMAND**
         v.                            )
13                                     )
   MICHAEL J. ASTRUE,  Commissioner    )
14 of Social Security Administration,  )
                                       )
15       Defendant.                    )
                                       )
16                                     )
                                       )
17 _____     )

18       The Court having approved the parties' Stipulation to Voluntary Remand

19 Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment

20 ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the

21 within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND**

22 **DECREED** that the above-captioned action is remanded to the Commissioner of

23 Social Security for further proceedings consistent with the Stipulation for Remand.

24

25 DATED: February 27, 2012

26                    _____

27                    HON. JAY C. GANDHI
                     UNITED STATES MAGISTRATE JUDGE
28

-1-