1 ANDRÉ BIROTTE JR.
United States Attorney
2 LEON W. WEIDMAN
Assistant United States Attorney
3 Chief, Civil Division
JEAN M. TURK CASBN 131517
4 Special Assistant United States Attorney
333 Market Street, Suite 1500
5 San Francisco, California 94105
Tel: (415) 977-8935; Fax: (415) 744-0134
6 E-Mail: jean.turk@ssa.gov

7 Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPJ A. GONZALEZ<br>     Plaintiff,<br>     v.<br>MICHAEL J. ASTRUE, Commissioner of Social Security Administration,<br><br>     Defendant. | 2:11-cv-7383 JCG<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Voluntary Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: February 27, 2012

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

-1-